IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHAUN STRICKLAND       | CIVIL ACTION   |
|------------------------|----------------|
| v.                     | NO. 21-4141    |
| DELAWARE COUNTY et al. |                |

## ORDER RE: DEFENDANTS' MOTIONS TO DISMISS

**AND NOW**, on this 19th day of April, 2022, for the reasons stated in the foregoing Memorandum and after careful consideration of Defendants County of Delaware and Warden Esker Tatum's Motion to Dismiss (ECF 19); Defendants The GEO Group, Inc., Kristen Grady, John Christakis, Ronald B. Phillips, and Jeff Withelder's Motion to Dismiss (ECF 20); and Plaintiff Shaun Strickland's Response (ECF 22), it is hereby **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 21\21-4141 Strickland v. Delaware County et al\21cv4141 Order re MtD.docx

1