# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN STRICKLAND, | : | |
| Plaintiff, | : | Civil Action No: 21-4141 |
| v. | : | |
| DELAWARE COUNTY, et al., | : | Judge Michael M. Baylson |
| Defendants. | : | |

## ORDER ON STIPULATION FOR PARTIAL DISMISSAL

AND NOW, this  17th  day of  January , 2024, upon consideration of the Stipulation of the parties for the dismissal, with prejudice, of all claims against named Defendants John Christakis, Kristen Grady, Ronald Phillips, and Jeff Withelder, it is hereby SO ORDERED.

Defendants Christakis, Grady, Phillips, and Withelder are dismissed from this action with prejudice and the Clerk shall duly terminate these Defendants from the docket. This case shall proceed as to all other remaining named Defendants.

/s/ Michael M. Baylson
**The Honorable Michael M. Baylson**