IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHAUN STRICKLAND | CIVIL ACTION |
|---|---|
| v. | NO. 21-4141 |
| DELAWARE COUNTY et al | Before the Hon. Michael M. Baylson |

## ORDER

**AND NOW, TO WIT:** This 18th day of January, 2024, it having been reported that the issues between the Plaintiff and Defendants Delaware County, GEO Group, Inc., GEO Secure Services, LLC and Lee Tatum in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:** /s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk

O:\CIVIL 21\21-4141 Strickland v. Delaware County et al\21c4141 41b order.docx